```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IN THE MATTER OF THE TAX LIABILITIES
OF:

JOHN DOES, United States taxpayers, who at
any time during the years ended December 31,
2004 through December 31, 2012, directly or
indirectly had interests in or signature or other
authority (including authority to withdraw funds,
trade, or give instructions or receive account
statements, confirmations, or other information,
advice or solicitations) with respect to any
financial accounts maintained at, monitored by,
or managed through The Bank of N.T.
Butterfield & Son Limited, a.k.a. Butterfield
Bank and Bank of Butterfield, its predecessors,
subsidiaries, and affiliates (collectively,
"Butterfield") and financial accounts maintained
at, monitored by, or managed through other
foreign financial institutions that Butterfield
permitted to transact client business through its
United States correspondent accounts at:
JPMorgan Chase Bank, National Association;
The Bank of New York Mellon; HSBC Bank
USA, National Association; Bank of America,
National Association; or Citibank, National
Association.
------------------------------------------------------------ x

Case No. 13 MC 0377

[PROPOSED] ORDER GRANTING  RMS
*EX PARTE* PETITION FOR
LEAVE TO SERVE "JOHN DOE"
SUMMONS

THIS MATTER is before the Court upon the United States of America's *Ex Parte*

Petition for Leave to Serve "John Doe" Summonses (the "Petition"). Based upon a review of the

Petition and supporting documents, the Court has determined that the "John Doe" summonses to

JPMorgan Chase Bank, National Association ("JPMorgan"); The Bank of New York Mellon

("Mellon"); HSBC Bank USA, National Association ("HSBC"); Bank of America, National

Association ("Bank of America"); and Citibank, National Association ("Citibank"), relate to the

investigation of an ascertainable group or class of persons, that there is a reasonable basis for

believing that such group or class of persons has failed or may have failed to comply with any

provision of any internal revenue law, and that the information sought to be obtained from the

examination of the records or testimony (and the identities of the persons with respect to whose liability the summonses are issued) are not readily available from other sources. It is therefore:

ORDERED AND ADJUDGED that the Internal Revenue Service, through Revenue Agent Randy Hooczko or any other authorized officer or agent, may serve Internal Revenue Service "John Doe" summonses upon JPMorgan, Mellon, HSBC, Bank of America, and Citibank, in substantially the form as attached as Exhibits A-E to the Declaration of Randy Hooczko. A copy of this Order shall be served together with each summons.

SO ORDERED this **12th** day of **November**, 2013.

*RMB, Part I*

HONORABLE ~~KIMBA M. WOOD~~ **Richard M. Berman**
UNITED STATES DISTRICT JUDGE

Copy to:

Tomoko Onozawa
Assistant United States Attorney
U.S. Attorney's Office
for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007